# EXHIBIT A

# Mygrant Glass Supply Agreement

This agreement effective June 1st, 2018 is made between Mygrant Glass (Mygrant) and Glass America (Customer).

**Quantity Requirements**

Customer agrees to provide Mygrant the "first call" for purchases of auto glass and related supply items each time an auto glass part is needed. If Mygrant does not have the part available to meet Customer's requirements or can not provide the part in a time-frame required by the Customer, Customer can source the part elsewhere.

> <u>Breach</u> – if Customer's purchases do not meet "first call" expectations during an agreement year, Mygrant will have the right to immediately terminate this agreement. Correspondingly, Customer shall have the right to immediately terminate this agreement should Mygrant's fill rate fall below 90% for three consecutive months.

**Term**

Term of agreement shall commence on June 1, 2018 and shall continue to until May 31st 2019. Agreement will automatically renew for four additional years unless either party provides, in writing, their desire to terminate the agreement, 30 days prior to end of each one-year term. If not terminated by either party, the agreement shall expire on May 31, 2023.

**Service Commitment**

Mygrant Glass is committed to providing the Customer the best service available in each market that it operates. This includes:
- In markets where a Mygrant branch and a Customer location coexist, a minimum of one daily run (M-F) and one overnight run (or early morning) will be offered. In markets where a Customer location is outside a metro area, overnight delivery will be offered within Mygrant Glass normal service radius.
- Mygrant Glass will be open Saturday hours in every market where Customer requests this service. Will call and limited delivery may be offered within our Saturday service area radius.
- Sunday service may be offered in markets where it is determined to be mutually beneficial.

1

- The current Mygrant Glass delivery schedule by market by shop is included **(Exhibit A electronic file)**. As Customer adds new locations, Mygrant Glass will commit to provide the same level of service as noted above.
- The minimum offered hours of operation will be 7:00 AM – 5:30 PM local time. Saturday hours will be 7:30 AM – 12:00 PM. Hours of operation may mean that Mygrant branch personnel will be available to pull parts, handle will call business, etc but the branch phone may not be answered until 7:30 AM Monday through Friday and 8 AM on Saturday. Additional hours of operation will be considered where needed by Customer and found mutually beneficial.
- During scheduled Mygrant holidays, Mygrant will provide advanced notice of closings and will work with Customer where service is required during these scheduled holidays.
- Mygrant will communicate to Customer any changes to its operating days and hours at least one week in advance of the change.
- Mygrant Glass is committed to offering on-time deliveries. Our vehicles for daily runs will leave the branch at the scheduled time at least 90% of the time. The adherence to this departure metric will be provided to Customer on a quarterly basis.
- For Customer will-call business, a commitment for ALL auto glass parts to be pulled and available within 15 minutes after the order is placed. Most times the part will be pulled prior to arrival. The adherence to this will-call pull time metric will be provided to Customer on a quarterly basis.
- All windshields will be cleaned and inspected and every effort will be made to deliver parts in near-installable condition.
- All delivery fees will be waived during the length of the agreement.
- Mygrant will commit that all returns will be picked up within 48 hours – most within the first 24 hours. This timeframe will start from the time that Customer electronically submits the return request. For parts that are purchased at one location and returned at another, Mygrant requests help from Customer to determine initial order number, etc.
- If Mygrant cannot provide a part that was presented as "available" in inventory, Mygrant will make every effort to source the part for Glass America. This would include transferring from another MYGRANT branch, substituting a different vendor or interchange part or buying out the part from a competitor.

**Deviations from these service commitments will be immediately addressed (within five calendar days at the most).**

### Geographic Coverage

- Mygrant Glass services Alabama, Arizona, California, Colorado, Connecticut, Florida, Georgia, Idaho, Illinois, Indiana, Kentucky, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, Tennessee, Texas, Utah, Virginia, and Washington.

Mygrant does not offer service to Louisiana, Missouri, and West Virginia. Mygrant Glass location map attached **(Mygrant Locations Map - Exhibit B).**
- In 2018 Mygrant Glass will open, at minimum, additional facilities in St Louis-MO, Upstate-NY. Mygrant will open in eastern Tennessee in by Spring of 2019.

### Fill Rate
- Mygrant's fill rate metric is determined by available inventory of the nationally top selling 1000 windshields and 1000 tempered parts. The fill rate goal at each Mygrant branch is 93% on both windshields and tempered glass. Every effort is made to meet or exceed these fill rate goals. If in the unlikely event that a branch continuously falls under 92% fill-rate for two straight months, a Mygrant/Customer review will be undertaken to determine the cause of the low fill rate and a plan of action to get the branch back within acceptable fill rate.
- If the Customer needs an auto glass part that is not available at the servicing branch but is available from a "transfer" branch, the part will be transferred to the servicing branch and available for delivery or will-call AT NO COST to Customer.
- If the Customer needs an auto glass part that is not available at the servicing branch and is not available from a "transfer" branch, the part may be sourced from another Mygrant branch. The customer will be responsible for freight and crate charge (if applicable).
- Mygrant will provide a fill rate report within 5 business days after the preceding month.

### Order Verification
- All orders placed on either the Mygrant Glass website or via phone are easily verified through the use of the Mygrant Glass website (will demonstrate in-person)

### Auto Glass Manufactures
- Mygrant Glass has the availability of the following manufactures: APTech, Crinamex, XYG, Carlite, Mopar, Guardian, Sekurit, PGW, Pilkington, GDN and ATI.
- Although Mygrant Glass has all the above manufacturers available (depending on the part), we are committed to providing a high percentage of Customer's needs with high-quality **FYG** glass which will be produced both overseas and in the US.

### Warrantee Restrictions
- Mygrant Glass will require notice on parts that are delivered in un-installable condition within 48 hours of delivery. For parts that have a manufacture defect that are found AFTER installation, Mygrant Glass will provide credit for the amount of glass and will source a replacement part.

- Mygrant Glass is requesting that Customer make every effort to keep their return rate on parts that are purchased but not installed to under 15%. Mygrant Glass will provide the return rate for Customer on a monthly basis.

### Drop Box Availability
- Mygrant Glass will provide storage devices where necessary up to a reasonable amount.

### "Hotline"
- Mygrant Glass will provide a Toll Free Hotline to field calls from Customer **(866)-956-5084**

## Pricing

### Auto Glass Pricing
- Customer will be invoiced for each transaction. At the end of each month, Customer will receive a rebate from the actual pricing to the agreed upon price per part. All brands of auto glass parts will be included in the rebate calculation. During the length of this agreement, the price per part will be $60.

  Example:
  Customer purchases $800,000 in auto glass during the month which is made up of 11,428 auto glass units. The ACTUAL selling price per part is $70/part. The agreed upon average price per part is $60/part. The customer would receive a rebate of $114,280 ($70-$60 x 11,428).

- Mygrant will develop an "exception list" of parts that, because of cost issues, will be exempt from the normal month-end rebate calculation. At the start of the program, the list will encompass 350 parts. Mygrant will provide a revised "exception list" as often each month. Parts will be added and subtracted as part costs go down and new parts are introduced to the industry. Mygrant will work with Customer to ensure that the exception list parts are competitively priced at the best available "market price". A second list of parts identified as "premium slow moving parts" will be introduced. These will also be exempt from the average cost per part calculation. This list is made up of classic parts, exotic parts and other very slow moving parts which Customer has not ever purchased from Mygrant. Both exception lists will be provided upon request.

**Supply and sundry items**
- Customer will receive a 5% discount for all molding, supply and sundry items for the length of the agreement. This will not include urethane and related supplies.

**Fees**
- Mygrant Glass will waive all delivery fees during the term of the agreement. Mygrant Glass will accept returns without a restock fee.

**Urethane**
- Mygrant Glass is willing and able to provide pricing and reporting that is required by Customer's urethane provider.

## Accounting

**Prompt Pay Discount**
- Mygrant Glass will offer a 2% discount for invoices paid within 45 days paid via check or EFT.

**Reporting**
- Mygrant will provide accurate, timely reporting as requested by Customer.

**Billing**
- Mygrant Glass will continue to adhere to Customer's electronic billing/invoicing process. As changes are made, Mygrant Glass will make the necessary adjustments to provide the data as necessary.
- Mygrant will also certify that each electronic bill/invoice submitted to Customer is accurate and final for all purchases (purchases only) made during the period covered by the electronic bill/invoice.

## Technological Support
- **Billing** – Mygrant Glass will continue to invoice Customer on a daily basis and provide semi-monthly invoicing as required
- **Returns** – Mygrant to provide semi-monthly returns report by location
- **Pricing integration** – currently Mygrant works with all readily available POS providers to provide pricing integration.
- **IT Support** – Mygrant Glass will work with Customer as needed on all items related to software, service or product.

## Sales/Marketing Support

- Mygrant Glass will provide financial support in the amount of $15,000 at 60 days after the start of the first term and each renewal term. This assistance is intended to support Customer's efforts to solicit new business.
- New market assistance-Mygrant will provide, at no cost to Customer, 50 FYG brand auto glass parts. This will support Customer's marketing effort in each new market. To be eligible for this new market assistance, Customer will commit to Mygrant as the Preferred Provider in this new market. A new market is defined as either entry into a new state for Customer or entry into a new, large market in a state where Customer already exists. Assistance will be limited to five "new markets" during agreement year.
- Mygrant Glass will attend and financially support both the annual Boyd Conference and the annual Glass America Conference.

## Confidentiality

- Customer and MYGRANT agree to maintain as confidential, and agree not to disclose to any third party other than its present and prospective lenders, investors, and counsel, without the express written consent of the other party, this Agreement or any proprietary information of the other party, including but not limited to the pricing and rebate information set forth herein.

Agreed upon by:

| Mygrant Glass | Glass America, LLC |
|---|---|
| By: _Michael R. Mygrant_ | By: _[signature]_ |
| Name: _Michael R. Mygrant_ | Name: _Eddie Cheskis_ |
| Title: _CEO_ | Title: _CEO_ |
| Date: _6/21/18_ | Date: _6/21/18_ |

7