IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYGRANT GLASS COMPANY, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> GLASS AMERICA LLC, a Delaware limited liability company, GLASS AMERICA ILLINOIS, LLC, an Illinois limited liability company, and THE GERBER GROUP, INC., a Delaware corporation, <br><br> Defendants. | Case No. 1-24-cv-03093 |

**DEFENDANTS' AMENDED DISCLOSURE STATEMENT
PURSUANT TO FRCP 7.1 AND LOCAL RULE 3.2**

Defendants Glass America, LLC, Glass America Illinois, LLC, and The Gerber Group, Inc., hereby resubmit their disclosure statement that was filed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, to correct an inadvertent error regarding the state of incorporation for Defendant Glass America Illinois, LLC.

1. The Gerber Group, Inc., a non-governmental corporate party, is a corporation incorporated under the laws of Delaware, with its principal place of business in Elmhurst, Illinois.

2. Glass America, LLC, a non-governmental corporate party, is a limited liability company organized under the laws of Delaware, with its principal place of business in Elmhurst, Illinois. Its sole member is Gerber Glass LLC, the sole member

of which is Gerber Glass Holdings, Inc., a Delaware corporation incorporated under the laws of Delaware with its principal place of business in Elmhurst, Illinois.

3. Glass America Illinois, LLC, a non-governmental corporate party, is a limited liability company organized under the laws of Illinois, with its principal place of business in Elmhurst, Illinois. Its sole member is Auto Glass Only LLC, the sole member of which is Glass America, LLC, a Delaware corporation incorporated under the laws of Delaware with its principal place of business in Elmhurst, Illinois.

4. The Gerber Group, Inc., is a wholly owned subsidiary of Boyd Group Services.

5. Glass America, LLC, is a wholly owned subsidiary of Gerber Glass, LLC.

6. Glass America Illinois, LLC, is a wholly owned subsidiary of Auto Glass Only, LLC.

7. No private or any publicly held corporation has owned, or currently owns, 10% or more of the stock of any of the named Defendants.

Dated: June 13, 2024

By: /s/ Molly K. McGinley

Molly K. McKinley
HONIGMAN LLP
155 N. Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 701-9300

*Attorney for Defendants*

55951130.2