# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mygrant Glass Company, Inc.

                    Plaintiff,

v.                                          Case No.: 1:24–cv–03093
                                          Honorable Robert W. Gettleman

Glass America, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, June 30, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff/Counterclaim–Defendant's Unopposed Motion For Extension Of Time 7/19/2024, To Respond To Defendant/Counterclaim – Plaintiff's Counterclaims [23] is granted. On review of the parties' Joint Status Report [22], the court refers discovery supervision, including the authority to set deadlines, and settlement to Magistrate Judge Valdez. Telephonic hearing before this court set for 7/15/2025 at 9:15 a.m. the Webex platform. Parties will not be asked to start their video. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.