UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MYGRANT GLASS COMPANY, INC., a California corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>GLASS AMERICA LLC, a Delaware limited liability company, GLASS AMERICA ILLINOIS, LLC, an Illinois limited liability company, and THE GERBER GROUP, INC., a Delaware corporation,<br><br>    Defendants and Counter-Plaintiffs. | Case No.: 1:24-cv-03093<br><br>Judge Robert Gettleman |

JOINT STATUS REPORT REGARDING

DISCOVERY PROGRESS AND PROSPECTS OF SETTLEMENT

**A.** <u>The date and time this case is set for a status report before the Court.</u>

The parties were instructed to file this Joint Status Report by October 30, 2024, by the Honorable Maria Valdez.

**B.** <u>The parties' discovery progress and the prospects of settlement.</u>

Defendants and Counter-Plaintiffs propounded their first sets of discovery requests on August 15, 2024. Plaintiff and Counter-Defendant served its written responses to these requests on October 14, 2024. Plaintiff and Counter-Defendant have not produced documents in response to those discovery requests but will upon entry of a Confidentiality Order. Plaintiff and Counter-

Defendant propounded its first set of discovery requests on September 20, 2024. Defendants and Counter-Plaintiffs' deadline to respond to such requests is November 18, 2024.

Prior to the filing of this lawsuit, the parties engaged in direct discussions in an attempt to resolve any invoicing discrepancies. However, those discussions were unsuccessful. The parties are interested in participating in mediation, which the parties currently plan to schedule for the first quarter of 2025. In order to have more fruitful settlement discussions, the parties would like to exchange and review discovery responses and relevant documents prior to mediation.

Due to the confidential nature of the documents to be exchanged, the parties plan to submit a Motion for Entry of a Confidentiality Order.

Date: October 30, 2024                                    Plaintiff MYGRANT GLASS COMPANY, INC.


By: */s/Nathan U. Desai*
One of its attorneys

Hal Wood
Nikita Desai
Kilpatrick Townsend & Stockton LLP
500 West Madison Street Suite 3700
Chicago, Illinois 60661
(312) 606-3219
hwood@ktslaw.com
ndesai@ktslaw.com

Andrew S. MacKay (*Pro Hac Vice*)
Padmini Cheruvu (*Pro Hac Vice*)
Nathan U. Desai (*Pro Hac Vice*)
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
(510) 451-3300
(510) 451-1527 (fax)
amackay@donahue.com
pcheruvu@donahue.com
ndesai@donahue.com

| | |
|---|---|
| Date: October 30, 2024 | Defendants GLASS AMERICA LLC GLASS AMERICA ILLINOIS LLC; THE GERBER GROUP, INC. |// 

By: */s/Molly K. McGinley*
      One of its attorneys

Molly K. McGinley
Paula E. Litt
HONIGMAN LLP
155 N. Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 701-9300
mmcginley@honigman.com
plitt@honigman.com
*Counsel for Defendants*

## ATTESTATION

In accordance with General Order 16-0020 Sec. IX(C), I attest that Molly K. McGinley, counsel for Defendants, has authorized me to apply her electronic signature to this Joint Status Report.

Date: October 30, 2024          Plaintiff MYGRANT GLASS COMPANY, INC.

By: */s/Nathan U. Desai*
     One of its attorneys