# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| MYGRANT GLASS COMPANY, INC., a California corporation,<br><br>   Plaintiff and Counter-Defendant,<br><br>v.<br><br>GLASS AMERICA LLC, a Delaware limited liability company, GLASS AMERICA ILLINOIS, LLC, an Illinois limited liability company, and THE GERBER GROUP, INC., a Delaware corporation,<br><br>   Defendants and Counter-Plaintiffs. | Case No.: 1:24-cv-03093<br><br>Judge Robert Gettleman |

**STIPULATED NOTICE OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff/Counter-Defendant MYGRANT GLASS COMPANY, INC and Defendants/Counter-Plaintiffs GLASS AMERICA LLC, GLASS AMERICA ILLINOIS, LLC, and THE GERBER GROUP, INC, through their designated counsel, that Case No. 1:24-cv-03093 be, and hereby is, voluntarily dismissed with prejudice as to all claims and counter-claims pursuant to F.R.C.P. 41(a)(1)(A)(ii), with each side to bear its own attorneys' fees and costs.

                                                  Plaintiff/Counter-Defendant MYGRANT GLASS COMPANY, INC.

Date: March 3, 2025                    By: /s/*Nathan U. Desai*
                                                        One of its attorneys

Hal Wood
Nikita Desai
Kilpatrick Townsend & Stockton LLP
500 West Madison Street Suite 3700
Chicago, Illinois 60661
(312) 606-3219
hwood@ktslaw.com
ndesai@ktslaw.com

Andrew S. MacKay (*Pro Hac Vice*)
Padmini Cheruvu (*Pro Hac Vice*)
Nathan U. Desai (*Pro Hac Vice*)
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
(510) 451-3300
(510) 451-1527 (fax)
amackay@donahue.com
pcheruvu@donahue.com
ndesai@donahue.com
*Counsel for Plaintiff/Counter-Defendant*

                                                   Defendants/Counter-Plaintiffs GLASS AMERICA LLC; GLASS AMERICA ILLINOIS LLC; THE GERBER GROUP, INC.

Date: March 3, 2025                      By:/s/*Molly K. McGinley*
                                            One of its attorneys

                                                                  Molly K. McGinley
                                                                       Paula E. Litt
                                                                       HONIGMAN LLP
                                       155 N. Wacker Drive, Suite 3100
                                                        Chicago, IL 60606
                                                        (312) 701-9300
                                              mmcginley@honigman.com
                                                        plitt@honigman.com
                               *Counsel for Defendants/Counter-Plaintiffs*

## ATTESTATION

In accordance with General Order 16-0020 Sec. IX(C), I attest that Molly K. McGinley, counsel for Defendants/Counter-Plaintiffs, has authorized me to apply her electronic signature to this STIPULATED NOTICE OF DISMISSAL.

Plaintiff MYGRANT GLASS COMPANY, INC.

Date: March 3, 2025        By: /s/*Nathan U. Desai*
                                One of its attorneys

3