**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Mygrant Glass Company, Inc.
                       Plaintiff,

v.                                         Case No.: 1:24−cv−03093
                                                      Honorable Robert W. Gettleman

Glass America, LLC, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: On Stipulation [40] and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), this case is dismissed with prejudice, with each side to bear its own attorneys' fees and costs. Telephonic hearing set for 7/15/2025 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.